James Cummings
Moore County Detention Ctr
P.O. Box 159
Carthage, N.C. 28327

May 29, 2024

Office of the Clerk
United States District Court
Middle District of N.C.
324 West Market St., Rm 401
Greensboro, N.C.
27401



Dear, Honorable Clerk.

I am writing you in request of 1983 Law suite package to include Pauper Form's to cover my Filing fee's, also I need the Court to appoint an Attorney to represent me in this matter.

I am a blind 66 year old incarcerated resident of Moor county. The jail is refusing to get me to medical appointment or providing me needed medical + Dental treatment. The Jail also has no policy or assistance to aid Blind inmate's to carry out daily fuctins. I need Lazic Surgery which was scheduled at Raleigh Neurology on Oct 23, 2023 it has been 8 months possib possibly causing irreversible damage to my eyes. I also have decayed teath up in my gumline which absesed over 6 months ago and they

haven't provided me with needed extraction of at least 3 or more teeth. I am also a Diabetic and the diet they have me on has caused me to lose over ove 30 lbs From 200 lbs. to Less than 170 in 8 months, I am stuck in a single cell with no place to sit or lay down except a Steel Bed Frame For 14 to 15 hr's a day No Mattress or Linens this has been going on for over a month now (They take my linen & mat at 8:30 Am and don't return them until 11-1130 PM. after the llights ar out. They serve my Food with no Face mask or hair neets, Trays stacked on top of each other with dirty bottom in contact with food and drinks on a cart with no covers. The opening the food comes I they also shove Mops, Broms and Comode brushes through which is un-sanitary.

I have a Legitimate Claim but due to my blindness it is crucial that I have an Attorney appointed to help me in filing and representing me.

I appreciate any assistance you can give me in this matter.

Respectfully, James Cummon